**SHAKED LAW GROUP, P.C.**
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

ARETHA CROSSON, Individually and as the representative of a class of similarly situated persons,

                Plaintiff,

- against -

VINTNER'S DAUGHTER, LLC,

                Defendants.
-----------------------------------------------------------X

Case No.  1:22-cv-4553-ENV-PK

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Aretha Crosson, by her attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A)(i), hereby provides notice of voluntary dismissal, with prejudice, and without costs or attorneys' fees (each party to bear its own costs and attorneys' fees), of the above-referenced matter against Vintner's Daughter, LLC.

Dated:  Scarsdale, New York
        November 8, 2022

                                      SHAKED LAW GROUP, P.C.
                                      Attorneys for Plaintiff

                               By: */s/Dan Shaked*
                                      Dan Shaked, Esq.
                                      14 Harwood Court, Suite 415
                                      Scarsdale, NY 10583
                                      Tel. (917) 373-9128
                                      e-mail: ShakedLawGroup@Gmail.com

4873-7314-5406, v. 1